467 A.2d 42

Commonwealth v. Forbes, Appellant.

---

* DiSALLE, J., did not participate in the consideration or decision of this case.

 Submitted June 21, 1983. Stephen P. Patrizio, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.